**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

25 **CIVIL** 10071 (RA)

-against-

**JUDGMENT**

RELATED SERVICES LLC,

Respondent.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated October 2, 2026, the petition to confirm the Award of $61,047.32 is granted. According, judgment is entered in the amount of $61,047.32 plus (1) $877.5 in attorney's fees and $484.50 in costs; (2) pre-judgment interest from September 15, 2025 through the date of judgment in this action at the rate of 9.5% in the amount of $6,149.05; and (3) post-judgment interest at the statutory rate and the case is closed.

**Dated**: New York, New York
October 7, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**